UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTORIA SUE PETRY,

    Plaintiff,

vs.                        Case No. 8:11-cv-01781-JDW-AEP

MICHAEL J. ASTRUE,
Commissioner of the United States
Social Security Administration,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge (Dkt. 5) which recommends that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) be denied. Plaintiff did not object to the Report and Recommendation, and the time for filing such objections has passed.

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 5) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(1)    Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED**.

(2)    Plaintiff shall pay the filing fee within **seven (7) days**, failing which this action will be dismissed.

**DONE AND ORDERED** this 12th day of September, 2011.

/s/ James D. Whittemore
JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record